UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Lola Lucio,

    Plaintiff(s),

v.                                              Case No. 22-12693
                                                Honorable Victoria A. Roberts

Powers Sunoco, Inc.,

    Defendant(s),

_____/

## ORDER OF DISMISSAL

The parties advised the Court that they amicably resolved their differences. Accordingly,

This case is DISMISSED. The Court retains jurisdiction for purposes of enforcing the settlement.

    IT IS ORDERED.

                                                      s/ Victoria A. Roberts
                                                      Victoria A. Roberts
                                                      United States District Judge

Dated: 7/27/2023